JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| Chantel Contreras,<br><br>      Plaintiff,<br><br>      v.<br><br>Gardena Group Holdings, LLC et al,<br><br>      Defendants. | Case No. 2:21-cv-07994-VAP-MAAx<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: January 4, 2022

                                        *Virginia A. Phillips*
                                        VIRGINIA A. PHILLIPS
                                        United States District Judge